

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
APPLICATION FOR PRO HAC VICE ADMISSION**

## CONTACT INFORMATION

Local Counsel: Brady Brammer (SBN: 13411)
Firm: Spaulding Law, LLP
Address: 1955 W. Grove Parkway, Suite 250
Pleasant Grove, UT 84062

Telephone: (801) 893-3951
Email: bbrammer@spauldinglaw.com

Pro Hac Vice Applicant: James M. Burnham
Firm: Jones Day
Address: 51 Louisiana Avenue, N.W.
Washington, D.C. 20001

Telephone: (202) 879-3939
Email: jburnham@jonesday.com

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| District of Columbia | 1015196 | 07/12/2013 |
| Arizona | 034363 | 04/20/2018 |
| Illinois | 6304648 | 04/29/2011 |
| U.S. Court of Appeals for the Fourth Circuit | N/A | 08/02/2013 |
| U.S. Court of Appeals for the Fifth Circuit | N/A | 01/25/2022 |
| U.S. Court of Appeals for the Eighth Circuit | N/A | 09/22/2014 |
| U.S. Court of Appeals for the Ninth Circuit | N/A | 08/22/2012 |
| U.S. Court of Appeals for the D.C. Circuit | N/A | 03/30/2012 |
| U.S. Court of Appeals for the Federal Circuit | N/A | 03/16/2022 |
| U.S. District Court for the N.D. of Illinois | ILND-GB-4154 | 07/19/2011 |

1

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?     ☐ Yes          ☒ No

If yes, please explain:

|  |
|--|
|  |

## LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH

| Case Name | Case Number | Date of Admission |
|-----------|-------------|-------------------|
| N/A | N/A | N/A |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I certify that I am a member in good standing of all bars to which I have been admitted.     ☒ Yes          ☐ No

I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility.     ☒ Yes          ☐ No

I certify that the foregoing is true and correct and is subject to the penalty of perjury.     ☒ Yes          ☐ No

_/s/ James M. Burnham_____          _August 25, 2022_____
Signature                                                                              Date

2