# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

Zebediah George Dalton, et al.

**Plaintiff(s)**

Case No.: 4:22-cv-00060-DN

vs.

Joseph R. Biden, Jr., et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Complaint for Declaratory and Injunctive Relief with Exhibits, and Civil Cover Sheet

SERVE TO: U.S. Attorney General

SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to U.S. Attorney General at 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 08/26/2022 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 0410 0002 4234 8308. Service was signed for on 08/31/2022, return receipt attached.

I declare under penalty of perjury that this information is true.

09/06/22
Executed On

Stephanie Maddox

Client Ref Number: N/A
Job #: 1607331

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5769 0003 5066 14 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below ☐ No<br><br>AUG 31 2022<br><br>3. Service Type<br>☐ Adult Signature                    ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery   ☐ Registered Mail™<br>☒ Certified Mail®                     ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery   ☐ Return Receipt for Merchandise<br>☐ Collect on Delivery                 ☐ Signature Confirmation™<br>☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) |
| 2. Article Number (Transfer from service label)<br>7022 0410 0002 4234 8308 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

Case 4:22-cv-00060-DN-PK   Document 24   Filed 09/12/22   PageID.165   Page 3 of 3
Case 4:22-cv-00060-DN   Document 16   Filed 08/25/22   PageID.151   Page 1 of 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| Zebediah George Dalton; BlueRibbon Coalition; Kyle Kimmerle; and Suzette Ranea Morris <br><br> *Plaintiff(s)* <br> v. <br> Joseph R. Biden, Jr.; Debra A. Haaland; Department of the Interior; Tracy Stone-Manning; Bureau of Land Management; Thomas J. Vilsack; Department of Agriculture; Randy Moore; and U.S. Forest Service <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 4:22-cv-00060-DN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brady Brammer
SPAULDING LAW, LLP
1955 W. Grove Parkway, Suite 250
Pleasant Grove, UT 84062
Telephone: (801) 893-3951
bbrammer@spauldinglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar

CLERK OF COURT

Date:  08/25/2022        *Signature of Clerk or Deputy Clerk*