### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

**Zebediah George Dalton, et al.**

**Plaintiff(s)**

vs.

**Case No.: 4:22-cv-00060-DN**

**Joseph R. Biden, Jr., et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Stephanie Maddox, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Complaint for Declaratory and Injunctive Relief with Exhibits, and Civil Cover Sheet

SERVE TO: Bureau of Land Management

SERVICE ADDRESS: 1849 C Street, NW, Washington, DC 20240

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to Bureau of Land Management, 1849 C Street, NW, Washington, DC 20240 on 08/26/2022 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 0410 0002 4234 8339.

I declare under penalty of perjury that this information is true.

08/26/22
Executed On



Stephanie Maddox

Client Ref Number: N/A
Job #: 1607339

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| Zebediah George Dalton; BlueRibbon Coalition; Kyle Kimmerle; and Suzette Ranea Morris <br><br> *Plaintiff(s)* <br> v. <br> Joseph R. Biden, Jr.; Debra A. Haaland; Department of the Interior; Tracy Stone-Manning; Bureau of Land Management; Thomas J. Vilsack; Department of Agriculture; Randy Moore; and U.S. Forest Service <br> *Defendant(s)* | Civil Action No. 4:22-cv-00060-DN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bureau of Land Management
1849 C Street, N.W.
Washington DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brady Brammer
SPAULDING LAW, LLP
1955 W. Grove Parkway, Suite 250
Pleasant Grove, UT 84062
Telephone: (801) 893-3951
bbrammer@spauldinglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar
CLERK OF COURT

Date: 08/25/2022

*Signature of Clerk or Deputy Clerk*