IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ZEBEDIAH GEORGE DALTON; BLUERIBBON COALITION; KYLE KIMMERLE; and SUZETTE RANEA MORRIS,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; DEBRA A. HAALAND, in her official capacity as Secretary of Interior; DEPARTMENT OF THE INTERIOR; TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management; BUREAU OF LAND MANAGEMENT; THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; DEPARTMENT OF AGRICULTURE; RANDY MOORE, in his official capacity as Chief of the United States Forest Service; and UNITED STATES FOREST SERVICE,<br><br>    Defendants. | **UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Case No. 4:22-cv-00060-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Pursuant to DUCivR 7-1(a)(2), Defendants request that the Court extend their deadline to respond to Plaintiffs' Complaint[1] by 30 days beyond the default 60 days from service provided under Federal Rule of Civil Procedure 12(a)(2). Counsel for Plaintiffs states that Plaintiffs do not oppose this request. Good cause exists for this request because Defendants require additional time to evaluate the Complaint.

---

[1] Docket no. 2, filed August 25, 2022.

Dated: October 19, 2022					Respectfully submitted,

							TODD KIM
							Assistant Attorney General
							Environment & Natural Resources Division
							U.S. Department of Justice

							*/s/ Michael S. Sawyer*
							MICHAEL S. SAWYER
							Senior Attorney, Natural Resources Section
							Ben Franklin Station, P.O. Box 7611
							Washington, D.C. 20044-7611
							Telephone:	(202) 514-5273
							Fax:		(202) 305-0506
							Email:		michael.sawyer@usdoj.gov

							*Counsel for Defendants*