IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ZEBEDIAH GEORGE DALTON; BLUERIBBON COALITION; KYLE KIMMERLE; and SUZETTE RANEA MORRIS,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; DEBRA A. HAALAND, in her official capacity as Secretary of Interior; DEPARTMENT OF THE INTERIOR; TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management; BUREAU OF LAND MANAGEMENT; THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; DEPARTMENT OF AGRICULTURE; RANDY MOORE, in his official capacity as Chief of the United States Forest Service; and UNITED STATES FOREST SERVICE,<br><br>Defendants. | ORDER GRANTING UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Case No. 4:22-cv-00060-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

This matter is before the Court on Defendants' Unopposed Motion for 30-Day Extension of Time to Respond to Complaint.[1]  Having considered the Motion and good cause appearing, it is hereby

ORDERED that the Motion is GRANTED.  Defendants shall have 30 additional days to respond to Plaintiffs' Complaint beyond the default 60 days under Fed. R. Civ. P. 12(a)(2).

---

[1] Docket no. 41, filed October 19, 2022.

DATED this 20th day of October, 2022.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge