IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ZEBEDIAH GEORGE DALTON; BLUERIBBON COALITION; KYLE KIMMERLE; and SUZETTE RANEA MORRIS,<br><br>        Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; DEBRA A. HAALAND, in her official capacity as Secretary of Interior; DEPARTMENT OF THE INTERIOR; TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management; BUREAU OF LAND MANAGEMENT; THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; DEPARTMENT OF AGRICULTURE; RANDY MOORE, in his official capacity as Chief of the United States Forest Service; and UNITED STATES FOREST SERVICE,<br><br>        Defendants. | ORDER GRANTING JOINT MOTION FOR 23-DAY EXTENSION TO FILE ATTORNEY PLANNING MEETING REPORT AND PROPOSED SCHEDULING ORDER AND UNOPPOSED MOTION FOR 13-DAY EXTENSION TO RESPOND TO COMPLAINT<br><br>Case No. 4:22-cv-00060-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

This matter is before the Court on the Joint Motion for 23-Day Extension to File Attorney Planning Meeting Report and Proposed Scheduling Order, and Defendants' Unopposed Motion for 13-Day Extension of Time to Respond to Complaint.[1]  Having considered the Motion and good cause appearing, it is hereby

---

[1] Docket no. 43, filed November 7, 2022.

ORDERED that the Motion is GRANTED. The Attorney Planning Meeting Report and Proposed Scheduling Order are due on or before November 30, 2022. Defendants' response to Plaintiffs' Complaint is due on or before December 6, 2022.

DATED this 8th day of November, 2022.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge