Brady Brammer (SBN: 13411)
Matthew C. Piccolo (SBN: 15707)
**BRAMMER RANCK, LLP**
1955 W. Grove Parkway, Suite 200
Pleasant Grove, Utah 84602
Telephone: (801) 893-3951
Email:   bbrammer@brfirm.com
         mpiccolo@brfirm.com

James M. Burnham (*pro hac vice* forthcoming)
Harry S. Graver (*pro hac vice* forthcoming)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
jburnham@jonesday.com
hgraver@jonesday.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ZEBEDIAH GEORGE DALTON; BLUERIBBON COALITION; KYLE KIMMERLE; and SUZETTE RANEA MORRIS,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; DEBRA A. HAALAND, in her official capacity as Secretary of Interior; DEPARTMENT OF THE INTERIOR; TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management; BUREAU OF LAND MANAGEMENT; THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; DEPARTMENT OF AGRICULTURE; RANDY MOORE, in his | **NOTICE OF UNAVAILABILITY**<br><br>Case No.: 4:22-cv-00060-DN |

1

| official capacity as Chief of the United States Forest Service; and UNITED STATES FOREST SERVICE, | |
|---|---|
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Brady Brammer will be unavailable between **January 17, 2022 until March 3, 2023**. Mr. Brammer is an elected member of the Utah House of Representatives. The dates of unavailability correspond to the 2023 Legislative Session.

During these times, he will be unavailable for most purposes, including but not limited to responding to *ex-parte* applications, appearing in court, or attending depositions. Accordingly, he respectfully requests that any issues arising during that absence be deferred until a reasonable time thereafter.

**PLEASE TAKE FURTHER NOTICE** that rule 13 of the Utah Standards of Professionalism and Civility provides:

> 13. Lawyers shall not knowingly file or serve motions, pleadings or other papers at a time calculated to unfairly limit other counsel's opportunity to respond or to take other unfair advantage of an opponent, or in a manner intended to take advantage of another lawyer's unavailability.

Should any counsel or party like to make arrangements in advance of the period of unavailability, efforts will be made to reply and respond in good faith and to accommodate any requests on a reasonable basis.

DATED: November 10, 2022                    **BRAMMER RANCK, LLP**

*/s/ Brady Brammer*
Brady Brammer
*Attorney for Plaintiffs*