IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ZEBEDIAH GEORGE DALTON; BLUERIBBON COALITION; KYLE KIMMERLE; and SUZETTE RANEA MORRIS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; DEBRA A. HAALAND, in her official capacity as Secretary of Interior; DEPARTMENT OF THE INTERIOR; TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management; BUREAU OF LAND MANAGEMENT; THOMAS J. VILSACK, in his official capacity as Secretary of Agriculture; DEPARTMENT OF AGRICULTURE; RANDY MOORE, in his official capacity as Chief of the United States Forest Service; and UNITED STATES FOREST SERVICE,<br><br>　　　　Defendants. | **NOTICE OF UNOPPOSED MOTION TO CONSOLIDATE CASES**<br><br>Case No. 4:22-cv-00060-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

　　　　Pursuant to DUCivR 42-1(b), Defendants provide notice that they have filed an Unopposed Motion to Consolidate Civil Cases 4:22-CV-59-DN AND 4:22-CV-60-DN. That Motion was filed in Case No. 4:22-cv-59-DN pursuant to DUCivR 42-1(b).

Dated: November 16, 2022                Respectfully submitted,

                                                             TODD KIM
                                                             Assistant Attorney General
                                                             Environment & Natural Resources Division
                                                             U.S. Department of Justice

                                                             */s/ Michael S. Sawyer*
                                                             MICHAEL S. SAWYER
                                                             Senior Attorney, Natural Resources Section
                                                             Ben Franklin Station, P.O. Box 7611
                                                             Washington, D.C. 20044-7611
                                                             Telephone:     (202) 514-5273
                                                             Fax:           (202) 305-0506
                                                             Email:         michael.sawyer@usdoj.gov

                                                             *Counsel for Defendants*